# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LYNN NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01559-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 9) |

On January 18, 2024, Plaintiff submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from January 22, 2024, to February 21, 2024. (ECF No. 13.) The Court finds good cause exists to grant the first extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The Plaintiff's motion to modify the schedule (ECF No. 9) is GRANTED;

2. Plaintiff shall have until **February 21, 2024**, to file the motion for summary judgment; and

///

///

///

///

1

3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated: **January 18, 2024**

UNITED STATES MAGISTRATE JUDGE