# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LYNN NICHOLS, | Case No. 1:23-cv-01559-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 12) |
| Defendant. | |

On February 21, 2024, Plaintiff submitted a stipulated motion for a second extension of time to file Plaintiff's motion for summary judgment, extending the deadline from February 21, 2024 to March 6, 2024.  (ECF No. 12.)  The Court finds good cause exists to grant the second extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The Plaintiff's motion to modify the schedule (ECF No. 12) is GRANTED;

2. Plaintiff shall have until **March 6, 2024**, to file the motion for summary judgment; and

///

///

///

///

1

3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated: **February 21, 2024**

UNITED STATES MAGISTRATE JUDGE