# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LYNN NICHOLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01559-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 16) |

On March 28, 2024, Defendant filed a stipulated motion for a sixty (60) day extension of time to respond to Plaintiff's motion for summary judgment. (ECF No. 16.) The Court finds good cause to grant the extension of time of the deadline from April 5, 2024 to June 5, 2024. This is Defendant's first request for a modification of the scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 16) is GRANTED;

2. Defendant shall have until **June 5, 2024**, to respond to Plaintiff's motion for summary judgment; and

///

///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **March 29, 2024**

UNITED STATES MAGISTRATE JUDGE